Ventures 76 Sealed Bid

| | |
|---|---|
| Gross Purchase Price for 6/o | $1,250,000 |
| Less legal fee cap | − 75,000 |
| | 1,175,000 |
| 70% to Trustee | 822,500 |
| Less Deposit | 30,100 |
| | 792,400 |
| Plus Legal Fee Cap | 75,000 |
| Payment to Trustee on Closing | $867,400 |

① Terms: Ventures 76 will close 2 (two) business days after sale order enters up to 14 calendar days at Trustee election

② Ventures 76 will be a back up bidder for a closing as above 2 (two) business days after 14 days from entry of sale order