# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Ameritrans Capital Corporation

Chapter 7
Case No. 16-13842 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

By November 13, 2017, the trustee may file affidavits supplying facts upon which the Court may base a finding that Ventures 76 LLC, the successful bidder, is a good faith purchaser under Bankruptcy Code section 363(m), failing which the Court will enter an order approving the sale without a finding that Ventures 76 LLC is a good faith purchaser.

By the Court,

_____
Melvin S. Hoffman
United States Bankruptcy Judge

Dated: November 9, 2017